**David A. HODGES, Sr.,
Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–
Appellant.**

**No. 05–5079.**

United States Court of Appeals,
Federal Circuit.

May 5, 2005.

*ORDER*

Upon consideration of the United States' motion to voluntarily dismiss its appeal pursuant to Fed. R.App. P. 42(b).[1]

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

---

1. We note that the parties request that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.

**GREENWAY OF NEWTON
ASSOCIATES, PHASE I,
Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–
Appellant.**

**No. 05–5078.**

United States Court of Appeals,
Federal Circuit.

May 5, 2005.

*ORDER*

Upon consideration of the United States' motion to voluntarily dismiss its appeal pursuant to Fed. R.App. P. 42(b).[1]

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

---

1. We note that the parties request that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.